IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

AUG 0 4 2015

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:15cr54 HTW-FKB

SEBACIE D. REED

18 U.S.C.§  922(g)(4)
18 U.S.C. § 1152
26 U.S.C. § 5861(d)

**The Grand Jury charges:**

## COUNT 1

That on or about May 20, 2014, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservation in Indian County, the defendant, **SEBACIE D. REED**,  having been adjudicated as a mental defective person and committed to East Mississippi State Hospital on December 7, 2011, knowingly possessed in and affecting interstate commerce a firearm, that is, a Stevens Savage Arms, Model 311 Series H, 16 gauge shotgun, serial number C726625, which had been previously transported in interstate commerce.

All in violation of Sections 922(g)(4), 924(a)(2) and 1152, Title 18, United States Code.

## COUNT 2

That on or about May 20, 2014, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservation in Indian County, the defendant **SEBACIE D. REED,** knowingly received and possessed a firearm, Stevens Savage Arms, Model 311 Series H, 16 gauge shotgun, serial number C726625, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Sections 5841, 5861(d), 5871, Title 26, United States Code and Section 1152, Title 18, United States Code.

<u>NOTICE OF INTENT TO SEEK CRIMINAL FORFIETURE</u>

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offenses alleged in this indictment:

    1)   Stevens Savage Arms, Model 311 Series H, 16 gauge shotgun, serial number C726625.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d), Title 18, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand jury on this the 4ᵗʰ day _AUGUST_, 2015.

_____
UNITED STATES MAGISTRATE JUDGE